IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ABRIDGE TECHNOLOGY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**METROPCS COMMUNICATIONS, INC., et al.,**<br><br>    Defendants. | **CIVIL ACTION NO. 2:11-cv-180-TJW**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Abridge Technology voluntarily dismisses Defendant Mopay Inc. WITH prejudice, the opposing party having served neither an answer nor a motion for summary judgment.

September 29, 2011                      Respectfully Submitted,

                                        **ABRIDGE TECHNOLOGY**

                                        By: /s/ Ronald W. Burns
                                            Ronald W. Burns
                                            Texas State Bar No. 24031903
                                            Ronald W. Burns, Esq.
                                            15139 Woodbluff Drive
                                            Frisco, Texas  75035
                                            Phone:  972-632-9009
                                            rburns@burnsiplaw.com

                                            John P. Pinkerton
                                            Texas State Bar No. 16016700
                                            Rose Walker, L.L.P.
                                            3500 Maple Ave., Ste. 900
                                            Dallas, TX  75219
                                            Phone: 214-580-8600
                                            jpinkerton@rosewalker.com

[1]

                                                  Martin E. Rose
                                                  Texas State Bar No. 17253100
                                                  Rose Walker, L.L.P.
                                                  3500 Maple Ave., Ste. 900
                                                  Dallas, TX  75219
                                                  Phone: 214-580-8600
                                                  mrose@rosewalker.com

                                                  **ATTORNEYS FOR PLAINTIFF**
                                                  **ABRIDGE TECHNOLOGY**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel of record who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 29th day of September, 2011.

                                                  /s/ Ronald W. Burns
                                                      Ronald W. Burns, Esq.