**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ABRIDGE TECHNOLOGY,**<br><br>   Plaintiff,<br><br>   v.<br><br>**METROPCS COMMUNICATIONS, INC., et al.,**<br><br>   Defendants. | **CIVIL ACTION NO. 2:11-cv-180-TJW**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Abridge Technology, and defendant, Zong, Inc. (successor to named defendant Echovox, Inc.), pursuant to Fed. R. Civ. P. 41(a) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

October 7, 2011                                                        Respectfully Submitted,

By: /s/ David M. Lacy Kusters               By: /s/ Ronald W. Burns
    David M. Lacy Kusters                        Ronald W. Burns
    CA State Bar No. 241335                      Texas State Bar No. 24031903
    Fenwick & West, LLP                          Ronald W. Burns, Esq.
    555 California Street, 12th Floor            15139 Woodbluff Drive
    San Francisco, CA  94104                     Frisco, Texas  75035
    Phone: (415) 875-2300                        Phone:  972-632-9009
    dlacykusters@fenwick.com                     rburns@burnsiplaw.com

                                                **ATTORNEY FOR PLAINTIFF
                                                ABRIDGE TECHNOLOGY**

[1]

J. David Hadden
CA State Bar No. 176148
dhadden@fenwick.com
Darren Donnelly
CA State Bar No. 194335
ddonnelly@fenwick.com
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Phone:   (650) 988-8500

**ATTORNEYS FOR DEFENDANT
ZONG, INC. (ECHOVOX, INC.)**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel of record who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 7th day of October, 2011.

           /s/ Ronald W. Burns
           Ronald W. Burns, Esq.