**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ABRIDGE TECHNOLOGY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**METROPCS COMMUNICATIONS, INC., et al.,**<br><br>    Defendants. | **CIVIL ACTION NO. 2:11-cv-180-TJW**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Abridge Technology voluntarily dismisses Defendant Arroweye Solutions, Inc., with prejudice, the opposing party having served neither an answer nor a motion for summary judgment.

October 15, 2011                           Respectfully Submitted,

**ABRIDGE TECHNOLOGY**

By: /s/ Ronald W. Burns
    Ronald W. Burns
    Texas State Bar No. 24031903
    Ronald W. Burns, Esq.
    15139 Woodbluff Drive
    Frisco, Texas  75035
    Phone:  972-632-9009
    rburns@burnsiplaw.com

    John P. Pinkerton
    Texas State Bar No. 16016700
    Rose Walker, L.L.P.
    3500 Maple Ave., Ste. 900
    Dallas, TX  75219
    Phone: 214-580-8600
    jpinkerton@rosewalker.com

[1]

        Martin E. Rose
        Texas State Bar No. 17253100
        Rose Walker, L.L.P.
        3500 Maple Ave., Ste. 900
        Dallas, TX  75219
        Phone: 214-580-8600
        mrose@rosewalker.com

        **ATTORNEYS FOR PLAINTIFF**
        **ABRIDGE TECHNOLOGY**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel of record who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 15th day of October, 2011.

        /s/ Ronald W. Burns
          Ronald W. Burns, Esq.